STATE OF NEW JERSEY v. JEROME STEVENS.

June 23, 1977. Petition for certification denied.

BERNARD SPRINGSTEEL v. TOWN OF WEST ORANGE.

June 23, 1977. Petition for certification denied. (See 149 *N. J. Super.* 107)

STATE OF NEW JERSEY v. GLEN C. SMYTHE.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALAN SCHAMBERG.

June 23, 1977. Petition for certification denied. (See 146 *N. J. Super.* 559)

STATE OF NEW JERSEY v. WILLIAM SCOTT.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH A. PROPPE, JR.

June 23, 1977. Petition for certification denied.